**Opinion issued June 25, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00633-CR

————————————

## IN RE ENRIQUE LEWIS GONZALEZ-CRUZ, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Enrique Lewis Gonzalez-Cruz, incarcerated and acting pro se, filed a petition for writ of mandamus requesting that our Court compel the trial court to grant him an additional 555 days of jail-time credit.[1] We deny the petition.

---

[1]     The underlying case is *The State of Texas v. Enrique Lewis Gonzalez-Cruz*, cause number 1574286, in the 209th District Court of Harris County, Texas, the Honorable Brian Warren presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.

Do not publish. TEX. R. APP. P. 47.2(b).